No. 86–6437.  MURVIN *v.* KAYE.  C. A. 4th Cir.  Certiorari denied.

No. 86–6438.  MARTIN *v.* PEREZOUS ET AL.  C. A. 3d Cir. Certiorari denied.

No. 86–6439.  SAID *v.* SOUTHERN CALIFORNIA RAPID TRANSIT DISTRICT.  C. A. 9th Cir.  Certiorari denied.

No. 86–6441.  WINGOS *v.* ILLINOIS.  App. Ct. Ill., 1st Dist. Certiorari denied.

No. 86–6444.  COX *v.* LEEKE, COMMISSIONER, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 4th Cir. Certiorari denied.

No. 86–6446.  CROGHAN *v.* FARRIER, DIRECTOR, IOWA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 86–6448.  RANDOLPH *v.* MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 86–6450.  MARSHALL *v.* BAUER.  C. A. 4th Cir.  Certiorari denied.

No. 86–6454.  ESTUPINAN PAREDES *v.* UNITED STATES. C. A. 11th Cir.  Certiorari denied.

No. 86–6457.  MCGHAR *v.* KOEHLER, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 86–6458.  ZERMAN *v.* WOLOFSKY ET AL.  C. A. 11th Cir. Certiorari denied.

No. 86–6459.  BELK *v.* CHRANS, WARDEN, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 86–6460.  CARDELLE *v.* DELTA AIR LINES, INC.  C. A. 11th Cir.  Certiorari denied.

No. 86–6461.  MOSS *v.* MORRIS, SUPERINTENDENT, SOUTHERN OHIO CORRECTIONAL FACILITY, ET AL.  C. A. 6th Cir.  Certiorari denied.